IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILDRED V. BIBBS | : | CIVIL ACTION |
| | : | NO. 10-0346 |
| v. | : | |
| | : | |
| SECURITY ATLANTIC | : | |
| MORTGAGE CO., INC.; DIAMOND | : | |
| INDUSTRIES, INC.; AND BAC HOME | : | |
| LOAN SERVICING, L.P. | : | |

ORDER

AND NOW, this 1st day of September 2010, upon consideration of defendants Security Atlantic Mortgage Co., Inc.'s and BAC Home Loan Servicing, L.P.'s motions to dismiss, plaintiff Mildred V. Bibbs's briefs in opposition and defendants' replies it is hereby ORDERED that defendants' motions are DENIED.

    /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.