IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILDRED V. BIBBS | : | CIVIL ACTION |
| | : | NO. 10-0346 |
| v. | : | |
| | : | |
| SECURITY ATLANTIC | : | |
| MORTGAGE CO., INC.; DIAMOND | : | |
| INDUSTRIES, INC.; AND BAC HOME | : | |
| LOAN SERVICING, L.P. | : | |

**<u>ORDER</u>**

AND NOW, this 1st day of August, 2012, upon consideration of plaintiff's motions for default judgment as against defendants JRS Settlement Services, Inc., MeritFinance.com and Diamond Industries, Inc., the evidence set forth at the Court's July 23, 2012 hearing on the motions and for the reasons stated in accompanying Memorandum, it is ORDERED that:

1. The motions (Dkt. Nos. 57, 57 and 59) are GRANTED.

2. JUDGMENT IS ENTERED for plaintiff and against defendants JRS Settlement Services, Inc. and MeritFinance.com on Counts IV, V, VI and VII of the First Amended Complaint (Dkt. No. 24).

3. JUDGMENT IS ENTERED for plaintiff and against defendant Diamond Industries, Inc. on Counts III, IV, V, VI and VII of the First Amended Complaint (Dkt. No. 24);

4. JUDGMENT IS ENTERED for plaintiff and against defendants Meritfinance.com, Diamond Industries, Inc. and JRS Settlement Services, Inc. in the following amounts, plus interest at the legal rate from the date of this Order:

1. $525,000 for their violations of the UTPCPL;

2. $250,000 for emotional distress;

3. $250,000 as punitive damages; and

4. $32,760 for attorney fees.

In no event is plaintiff entitled to collect on these judgments more than the total amount of $1,057,760 plus interest at the legal rate from the date of this Order.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR.   J.